**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **STEVEN STOWE, JR.,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **5:22-CV-00103-TES** |
| **GEORGIA POWER COMPANY,** | |
| **Defendant.** | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff in the above-captioned action, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses this action WITHOUT PREJUDICE.

Respectfully submitted, this 16th day of November, 2022.

**STACEY EVANS LAW**

*/s/ Stacey Godfrey Evans*
Stacey Godfrey Evans
Georgia Bar No. 298555
Tiffany N. Watkins
Georgia Bar No. 228805
John Amble Johnson
Georgia Bar No. 229112

4200 Northside Parkway, NW
Bldg. One; Suite 200
Atlanta, GA 30327
Telephone: 770-779-9602
Facsimile:  404-393-2828
sevans@staceyevanslaw.com
twatkins@staceyevanslaw.com
ajohnson@staceyevanslaw.com

**ADAMS LAW FIRM**

*/s/ Brian P. Adams*
Brian P. Adams
Georgia Bar No. 142474
Mary Beth Hand
Georgia Bar No. 322836

598 D.T. Walton Sr. Way
Macon, GA 31201
Telephone: 478-238-0231
Facsimile: 478-216-9188
brian@brianadamslaw.com
mbhand@brianadamslaw.com

**CONLEY GRIGGS PARTIN LLP**

*/s/ Cale H. Conley*
Cale H. Conley
Georgia Bar No. 181080
James T. Cox
Georgia Bar No. 296191

4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327-3007
Phone: 404-467-1155
Fax: 404-467-1166
cale@conleygriggs.com
james@conleygriggs.com

Counsel for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing **VOLUNTARY**

**DISMISSAL WITHOUT PREJUDICE** will be served upon all attorneys in this matter via

email or by filing with the Court's CM/ECF system, which will automatically e-mail

notification of such filing to:

| | |
|---|---|
| Sara M. Warren, Esq. <br> sara.warren@alston.com <br> Meaghan G. Boyd, Esq. <br> meaghan.boyd@alston.com <br> Douglas S. Arnold, Esq. <br> doug.arnold@alston.com <br> Jenny A. Hergenrother, Esq. <br> jenny.hergenrother@alston.com <br> Lee Ann Anand, Esq. <br> leeann.anand@alston.com <br> ALSTON & BIRD, LLP <br> *Attorneys for Defendant Georgia Power Company* | Duke R. Groover, Esq. <br> dgroover@jamesbatesllp.com <br> JAMES-BATES-BRANNAN-GROOVER-LLP <br> *Attorneys for Defendant Georgia Power Company* |
| Richard Robbins, Esq. <br> rrobbins@robbinsfirm.com <br> Josh Belinfante, Esq. <br> jbelinfante@robbinsfirm.com <br> ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC <br> *Attorneys for Defendant Georgia Power Company* | |

This 16th day of November, 2022.

**STACEY EVANS LAW**

*/s/ Stacey Godfrey Evans*
Stacey Godfrey Evans
Georgia Bar No. 298555

4200 Northside Parkway, NW
Bldg. One; Suite 200
Atlanta, GA 30327
Telephone: 770-779-9602
Facsimile:  404-393-2828
sevans@staceyevanslaw.com